NO. 29682

LAW LIBRARY

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

ANTHONY FELIX TORRES, Petitioner-Appellant,

vs.

STATE OF HAWAI'I, Respondent-Appellee.

JEAN R. KIKUMOTO
CLERK, APPELLATE COURTS
STATE OF HAWAII

2010 JUN 15 AM 9:22

FILED

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(S.P.P. NO. 07-1-0004K)

ORDER DISMISSING APPLICATION FOR WRIT OF CERTIORARI
WITHOUT PREJUDICE
(By: Acoba, J., for the court[1])

It appearing that the judgment on appeal in the above-referenced matter has not been entered by the Intermediate Court of Appeals, see Hawai'i Revised Statutes § 602-59(a) (Supp. 2008); see also Hawai'i Rules of Appellate Procedure (HRAP) Rule 36(b)(1) (2008),

IT IS HEREBY ORDERED that petitioner-appellant's application for writ of certiorari, filed on June 14, 2010, is dismissed without prejudice to re-filing the application pursuant to HRAP Rule 40.1(a) ("No later than 90 days after the filing of the intermediate court of appeals' judgment on appeal or dismissal order, any party may apply in writing to the supreme court for a writ of certiorari.").

DATED: Honolulu, Hawai'i, June 15, 2010.

FOR THE COURT:

Associate Justice

---

[1] Court: Moon, C.J., Nakayama, Acoba, Duffy, and Recktenwald, JJ.